IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00666-BNB

WILLIAM M. WRIGHT,

Plaintiff,

v.

MEDICAL STAFF H.S.A.,

Defendant.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, William M. Wright, is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Wright has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. The court must construe the complaint liberally because Mr. Wright is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Wright will be ordered to file an amended complaint.

The court has reviewed Mr. Wright's complaint and finds that it is deficient because it is not clear whether he intends to sue an entity named Medical Staff H.S.A., or whether he intends to sue various individuals who are part of the medical staff. Based on the factual allegations in support of the claims being asserted, it appears that Mr. Wright intends to sue various individuals who are part of the medical staff. However, no individuals are named as Defendants in this action. Therefore, Mr. Wright

will be ordered to file an amended complaint to clarify who he is suing in this action. Mr. Wright is reminded that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, he should name as Defendants in the amended complaint the persons he believes actually violated his constitutional rights. Mr. Wright also is reminded that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Wright file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Wright, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Wright fails to file an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED April 16, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00666-BNB

William M. Wright
Prisoner No. 08-2165
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-16-08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk