IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00666-BNB

WILLIAM M. WRIGHT,

    Plaintiff,

v.

H.S.A. MEDICAL STAFF,
MICHELLE STRUM, Nurse, and
EFRAIN UBINAS, Nurse,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 01 2008

GREGORY C. LANGHAM
    CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff William M. Wright is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Wright initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights have been violated. On April 16, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Wright to file an amended complaint that clarifies who he is suing in this action. On April 22, 2008, Mr. Wright filed an amended Prisoner Complaint.

The Court must construe the amended complaint liberally because Mr. Wright is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the amended complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his

unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be an advocate for a ***pro se*** litigant. ***See id.*** For the reasons stated below, the Court will dismiss Defendant H.S.A. Medical Staff as a party to this action.

Mr. Wright lists three Defendants in the caption of the amended complaint. However, he lists only two of those three Defendants, Michelle Strum and Efrain Ubinas, in Section A of the amended complaint, the section that describes the parties to the action. The Defendant listed in the caption of the amended complaint as H.S.A. Medical Staff is not listed as a party in Section A of the amended complaint and Mr. Wright does not assert any claim against Defendant H.S.A. Medical Staff. Therefore, it appears that Mr. Wright intends to sue only Michelle Strum and Efrain Ubinas in this action. In any event, the Defendant named H.S.A. Medical Staff is not a person subject to suit pursuant to 42 U.S.C. § 1983. Section 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." ***Conn v. Gabbert***, 526 U.S. 286, 290 (1999). Therefore, the Defendant named H.S.A. Medical Staff will be dismissed as a party to this action. The Court will not address at this time the merits of Mr. Wright's claims against Defendants Michelle Strum and Efrain Ubinas. Instead, this action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that Defendant H.S.A. Medical Staff is dismissed as a party to this action. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00666-BNB

William M. Wright
Prisoner No. 08-2165
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/1/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk