## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00666-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 19, 2008 | Courtroom Deputy: Nel Steffens |

WILLIAM M. WRIGHT,                                   *Pro Se*

    **Plaintiff,**

v.

MICHELLE STRUM, Nurse, and                 Edward M. Caswall
EFRAIN UBINAS, Nurse,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 10:45 a.m.
Court calls case. Appearances of counsel.

Discussion regarding pending motion to strike amended complaint, #47.

Colloquy between the court and Plaintiff Wright regarding certificate of review and Plaintiff's claims for relief.

Mr. Caswall responds.

Court reviews claims as currently stated in the complaint and documents required.

Discussion regarding allowing Plaintiff to file an amended complaint.

**ORDERED:** 1.     Plaintiff's Motion to Amend (#65, filed December 18, 2008) is GRANTED. Plaintiff Wright may file an amended complaint no later than January 19, 2009. If an amended complaint is filed by that date, then the Defendants' Motion to Dismiss, #20, will be deemed moot. If no amended complaint is filed by that date, court will immediately consider #20.

**ORDERED: 2.   Defendants' Motion to Strike (#47, filed November 4, 2008) is GRANTED.  Plaintiff's Amended Complaint (#46, filed Ocotber 10, 2008) is STRICKEN.**

HEARING CONCLUDED.

**Court in recess:     11:20 p.m.**

Total time in court:    00:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.