IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00666-MSK-CBS

WILLIAM M. WRIGHT,
    Plaintiff,
v.

MICHELLE STRUM, Nurse, and
EFRAIN UBINAS, Nurse,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Wright's "Motion for Stay to Obtain Counsel" (filed January 28, 2009) (doc. # 70). Pursuant to the Order of Reference dated May 6, 2008 (doc. # 11) and the memorandum dated January , 2009 (doc. # 71), this matter was referred to the Magistrate Judge.

    Mr. Wright requests a "stay" of unspecified duration "so that Plaintiff will be able to proceed[ ] with his case in the proper fashion." On February 2, 2009, District Judge Krieger denied in part Defendants' Motion to Dismiss, indicating that this action shall proceed as to "an 8th Amendment claim against the Defendants with regard to the delay in treating [Mr. Wright's] broken wrist." (*See* "Opinion and Order Denying, in Part, Motion to Dismiss" (doc. # 75) at p. 9 of 9). The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Mr. Wright's "Motion for Stay to Obtain Counsel" (filed January 28, 2009)

(doc. # 70) is GRANTED IN PART.

    2.    A Preliminary Scheduling Conference will be held on **Thursday April 9, 2009 at 9:15 a.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C. COLO. LCivR 16.2 and 26.1. The purpose of the Preliminary Scheduling Conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. Mr. Wright may appear in person or participate by telephone by calling 303-844-2117 at the scheduled time.

    DATED at Denver, Colorado, this 3rd day of February, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge