**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:   08-cv-00666-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:   April 9, 2009** | **Courtroom Deputy:** Linda Kahoe |

WILLIAM M. WRIGHT,                                                *Pro se* via telephone

     Plaintiff,

v.

MICHELLE STRUM, *et al.,*                                         Edward M. Caswall

     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:     9:34 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff appeared by telephone.

Discussion regarding the status of the case, Judge Krieger's Order of 2/2/09, and Plaintiff's Motion to Amend Complaint (doc #78, filed 2/6/2009).  The court states it has no basis by which to grant the Motion because it is legally defective under Rule 12.  The court states the only claim which the Plaintiff has is the 8th Amendment claim.

Plaintiff states he will be in Colorado within 90 days.

Discussion regarding Plaintiff's discovery and setting a deadline.  Plaintiff states he may have expert witnesses.  The court advises Plaintiff of expenses involved with pursuing litigation.  Plaintiff states he understands.

Plaintiff requests an additional 45 days to correct his Amended Complaint.  The court suggests that the Plaintiff withdraw his Motion to Amend.  Plaintiff makes an oral Motion to Withdraw doc #78.

**ORDERED:   Plaintiff's oral Motion to Withdraw doc #78, filed 2/6/2009 is GRANTED.**

For reasons stated on the record, it is

**ORDERED:   Plaintiff's Motion to Amend Complaint (doc #78, filed 2/6/2009) is
                         WITHDRAWN.**

Discussion regarding the Board of County Commissioners for the County of Arapahoe, Colorado's Motion to Intervene (doc. #82, filed 3/19/2009).  Plaintiff states his oral objection to the Motion and requests an extension of time to file a response.  The court states it will allow Plaintiff to file a response no later than April 24, 2009.

For reasons as stated on the record, it is

**ORDERED:    Plaintiff may file a Response to The Board of County Commissioners for the County of Arapahoe, Colorado's Motion to Intervene (doc. #82, filed 3/19/2009) no later than April 24, 2009.**

Discussion regarding reimbursement of medical expenses and the County's counterclaim to recover those costs. Mr. Wright states he understands the claim and he will continue with this case.

Discussion regarding scheduling. Mr. Caswall states he will take Mr. Wright's deposition and he will serve written discovery. The court advised Mr. Wright of the importance of meeting the deadlines. The court verified Mr. Wright's address, and advised him to notify the court of any changes.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **April 24, 2009**

Discovery Cut-off:   **July 10, 2009**

Dispositive Motions deadline:   **August 7, 2009**

Parties shall designate affirmative experts **on or before  May 25, 2009**

Parties shall designate rebuttal experts **on or before  June 22, 2009**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.


HEARING CONCLUDED.
**Court in recess:        10:00 a.m.**
Total time in court:    00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.